IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JANE DOE,**

    Plaintiff,

v.                                   Case No. 1:20-CV-00546 GBW/JFR

**THE ESPANOLA PUBLIC SCHOOLS;**
**RUBY E. MONTOYA, in her individual capacity;**
**GARY F. GREGOR, in his individual capacity,**

    Defendants.

## ORDER GRANTING PLAINTIFF'S NUNC PRO TUNC MOTION TO PROCEED USING PSEUDONYM AND MOTION TO FILE COMPLAINT UNDER SEAL

**THIS MATTER** comes before the Court on Plaintiff's Nunc Pro Tunc Motion to Proceed Using Pseudonym and Motion to File Complaint Under Seal filed in the Second Judicial District Court of Bernalillo County, New Mexico on April 24, 2020, before this case was removed to federal court. The Court heard the motions at a discovery conference on April 5, 2021, where Defendants' counsel indicated for the record that they received the motions and do not oppose the relief requested therein. Based on the findings stated on the record at the discovery conference on April 5, 2021, the Court hereby adopts by incorporation and grants Plaintiff's motions identified above with respect to filings in this Court, and orders that Plaintiff shall be identified *nunc pro tunc* under the pseudonym "Jane Doe" in all public filings with this Court in this matter, and orders that Plaintiff shall file an annotated version of the original Complaint identifying Plaintiff's full name under seal. As Plaintiff's annotated Complaint filed under seal shall be identical to her original Complaint except for the identification of Plaintiff's

full name and the federal case number, Defendants are not required to answer or otherwise respond to the annotated Complaint filed under seal.

**IT IS THEREFORE ORDERED**:

1. Plaintiff's Nunc Pro Tunc Motion to Proceed Using Pseudonym filed in state court on April 24, 2020, is adopted by reference, incorporated herein, and **GRANTED** with respect to filings in this Court.

2. Plaintiff's Motion to File Complaint Under Seal is **GRANTED**.

3. Plaintiff shall proceed *nunc pro tunc* under the pseudonym "Jane Doe," and all public filings with this Court shall utilize that pseudonym in lieu of Plaintiff's true name.

4. Plaintiff shall file an annotated version of her original Complaint identifying her full name under seal.

5. Defendants are not required to answer or respond to the annotated version of Plaintiff's Complaint that is filed under seal.

**IT IS SO ORDERED** .

_____
**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**

Submitted by:

ROTHSTEIN DONATELLI LLP

*/s/ Arne R. Leonard*
Arne R. Leonard
Carolyn M. "Cammie" Nichols
Alicia C. Lopez
500 4th Street NW, Suite 400
Albuquerque, NM 87102
Phone: (505) 243-1443

Facsimile (505) 242-7845
aleonard@rothsteinlaw.com
cmnichols@rothsteinlaw.com
alopez@rothsteinlaw.com
*Attorneys for Plaintiff Jane Doe*


Approved by:

WALZ AND ASSOCIATES, P.C.

<u>  e-mail approval 04/14/2021</u>
Jerry A. Walz, Esq.
133 Eubank Blvd. NE
Albuquerque, NM 87123
Phone: (505) 275-1800
jerryawalz@walzandassociates.com
*Attorney for Defendant Espanola Public Schools*

ESQUIVEL & HOWINGTON, LLC

<u>  e-mail approval 04/14/2021</u>
Martin R. Esquivel, Esq.
Katherine A. Howington, Esq.
111 Lomas NW, Suite 203
Albuquerque, NM 87102
Phone: (505) 933-6880
mesquivel@esqlawnm.com
khowington@esqlawnm.com
*Attorney for Gary Gregor*